| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | GEOFFREY A. HANSEN |
| | Chief Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building – Box 36106 |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant GIL-CRUZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05 - 760 SI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING SENTENCING DATE** |
| vs. | ) | |
| | ) | |
| WENDY HENRY GIL-CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Due to the unavailability of defense counsel on the date previously set for the sentencing in this matter, the parties hereby stipulate that the sentencing in this matter shall be continued from March 10, 2006 until March 24, 2006 at 11:00.

**It is so stipulated**.

Dated: \_\_\_\_\_/s/_____
Geoffrey A. Hansen
Counsel for Mr. Gil-Cruz

Dated: \_\_\_\_\_/s/_____
Nahla Rajan
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a

STIPULATION                1

1 | "conformed" signature (/S/) within this e-filed document.

2

3 | **IT IS SO ORDERED.**

_____
Honorable Susan Illston
United States District Court Judge

STIPULATION 2